157 A.3d 482

Jacinto JIMINEZ, Jr., Respondent

v.

Kim MCKNIGHT-JIMINEZ, Petitioner

No. 311 MAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.